UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MEHAKPREET SINGH,

Petitioner,

v.

MIKE LEWIS,
Jailer, Hopkins County Jail, *et al.*,

Respondents.

Civil Action No. 4:26-CV-00574-CHB

**ORDER REMANDING HEARING**

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Cancel Hearing. [R. 7]. In their joint motion, the parties ask that the hearing set for September 2, 2026, be remanded from the Court's docket because the parties "are not aware of any relevant factual disputes and, accordingly, respectfully agree to forgo a hearing and proceed on their briefs." *Id.* at 1.

Therefore, having reviewed the joint motion, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand Hearing, [**R. 7**], is **GRANTED**.

2. The hearing that was scheduled for September 2, 2026, is **REMANDED** from the Court's docket.

This the 28th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record