UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| MEHAKPREET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-574-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE LEWIS, et al., | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

*** *** *** ***

Presently before the Court is Respondents' Notice of Release from Custody, [R. 12], certifying that Petitioner has been released from custody, as required by this Court's Memorandum Opinion and Order, [R. 11]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket. A separate judgment shall follow.

This the 9th day of October, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY